■ In the Matter of JAMES PETTUS, Petitioner, v CLERK OF THE SUPREME COURT, KINGS COUNTY, et al., Respondents. [898 NYS2d 464]—Proceeding pursuant to CPLR article 78 in the nature of mandamus to compel the Clerk of the Supreme Court, Kings County, and the Justices thereof, to accept for filing a CPLR article 78 proceeding to compel the Kings County District Attorney to unseal certain grand jury documents, and application by the petitioner for poor person relief.

Ordered that the application for poor person relief is granted to the extent that the filing fee imposed by CPLR 8022 (b) is waived, and the application is otherwise denied; and it is further,

Adjudged that the petition is denied as academic, and the proceeding is dismissed., without costs or disbursements.

The petitioner's underlying CPLR article 78 proceeding has been accepted for filing. Mastro, J.P., Dickerson, Belen and Chambers, JJ., concur.

■ In the Matter of JAMES PETTUS, Petitioner, v ANN PFAU, New York State Chief Administrative Judge, et al., Respondents. [898 NYS2d 463]—Proceeding pursuant to CPLR article 78 in the nature of mandamus, inter alia, to compel the respondent Guy James Mangano, Jr., a Justice of the Supreme Court, Kings County, to "investigate the improprieties of Lt. Milo," and application by the petitioner for poor person relief.

Ordered that the application for poor person relief is granted to the extent that the filing fee imposed by CPLR 8022 (b) is waived, and the application is otherwise denied; and it is further,

Adjudged that the petition is denied and the proceeding is dismissed, without costs or disbursements.

The extraordinary remedy of mandamus will lie only to compel the performance of a ministerial act and only when there exists a clear legal right to the relief sought (see *Matter of Legal Aid Socy. of Sullivan County v Scheinman*, 53 NY2d 12, 16 [1981]). The petitioner has failed to demonstrate a clear legal right to the relief sought. Mastro, J.P., Dickerson, Belen and Chambers, JJ., concur.